# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON ANTHONY ORGERON

NO. 2023 KW 1089

**JANUARY 18, 2024**

---

In Re:    Jason Anthony Orgeron, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 571,157.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT GRANTED.**  The district court is ordered to act on relator's application for postconviction relief, filed February 8, 2022, on or before February 9, 2024.  A copy of the trial court's action shall be filed in this court on or before February 16, 2024.

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT